# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
*http://www.wied.uscourts.gov*

March 13, 2018

Mr. James C. Vlahakis
Mr. Omar T. Sulaiman
Mr. Nathan C. Volheim
Mr. Mohammaed O. Badwan
Mr. Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
2500 South Highland Avenue - Suite 200
Lombard, Illinois 60148

Re: Darlene Brunett v Convergent Outsourcing, Inc.
Case No. 18-CV-168

Dear Counsel:

Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the answer of the defendant was due in this case within 21 days after service of the summons and complaint. The file shows that service was made on February 8, 2018. The defendant has not filed an answer, nor a motion pursuant to Rule 12(b), although the time for such service has expired.

Please inform the Court in writing, within 21 days of the date of this letter, of your plans with regard to the disposition of this case. Failure to comply with this request could result in the dismissal of this action for lack of prosecution. See Civil L.R. 41(b) (E.D. Wis.).

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

s/Linda M. Zik
Courtroom Deputy Clerk