UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DARLENE BRUNETT,<br><br>　　Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC<br><br>　　Defendant. | Case No. 2:18-cv-10185-DML EAS<br><br>Honorable Judge Lynn Adelman |

**ORDER ON JOINT MOTION TO EXTEND DISCOVERY**

Counsel for Plaintiff, DARLENE BRUNETT, by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Joint Motion to Extend Time and the Court having reviewed same, hereby ORDERED.

　　1. The discovery deadline shall be extend to and including, November 30, 2018.

　　2. Dispositive Motions and Motion for Class Certification shall be filed no later than December 30, 2018.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court