AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DARLENE BRUNETT,
    Plaintiff,

v.                         CASE NUMBER: 18-C-0168

CONVERGENT OUTSOURCING INC.,
    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff recover nothing and the action be dismissed on its merits.

10/29/2019                                           Stephen C. Dries
Date                                                    Clerk

                                                         s/L.Smith
                                                         (By) Deputy Clerk