UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DARLENE BRUNETT,

Plaintiff,

v.

CONVERGENT OUTSOURCING INC.,

Defendant.

Case No. 2:18-cv-00168-LA

Honorable Judge Lynn Adelman

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT Plaintiff Darlene Brunett ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Seventh Circuit from a "Decision and Order" (ECF Dkt. #51) issued by the Honorable Lynn Adelman on October 29, 2019, in the United States District Court for the Eastern District of Wisconsin, and the District Court's resulting entry of judgment (ECF Dkt. #52) that was entered on the civil docket in this action on October 29, 2019. The District Court's Decision and Order (ECF Dkt. #51) denied Plaintiff's Motion for Class Certification and granted Defendant Convergent Outsourcing Inc.'s Motion for Summary Judgment. The District Court's Decision and Order resulted in the dismissal of Plaintiff's putative class action Complaint which was brought pursuant to the Fair Debt Collection Practices Act.

This appeal includes, without limitation, the District Court's Decision and Order dated October 29, 2019 (ECF Dkt. #51) which granted Defendant Convergent Outsourcing Inc.'s Motion for Summary Judgment (ECF Dkt. #34) and denied Plaintiff's Motion for Class Certification (ECF Dkt. #37).

1

Respectfully submitted this 13th day of November, 2019.

By: */s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Facsimile: (630) 575-8188
jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing has been electronically filed via CM/ECF, which will automatically send email notification of such filing to counsel of record on November 13, 2019.

*/s/ James C. Vlahakis*
James C. Vlahakis
