# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DARLENE BRUNETT,
    Plaintiff,

    v.                      CASE NUMBER: 18-CV-0168

CONVERGENT OUTSOURCING, INC.,
    Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED** for lack of subject-matter jurisdiction.

12/19/2023                                                       Gina M. Colletti
Date                                                                Clerk

                                                                                   /s/ Alexis H.
                                                                                    (By) Deputy Clerk